# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

BETTY DUKES; PATRICIA SURGESON;
EDITH ARANA; KAREN WILLIAMSON;
DEBORAH GUNTER; CHRISTINE
KWAPNOSKI; CLEO PAGE,
                  *Plaintiffs-Appellees,*

                  v.

WAL-MART STORES, INC.,
                  *Defendant-Appellant.*

No. 04-16688

D.C. No.
CV-01-02252-MJJ

BETTY DUKES; PATRICIA SURGESON;
EDITH ARANA; KAREN WILLIAMSON;
DEBORAH GUNTER; CHRISTINE
KWAPNOSKI; CLEO PAGE,
                  *Plaintiffs-Appellants,*

                  v.

WAL-MART STORES, INC.,
                  *Defendant-Appellee.*

No. 04-16720

D.C. No.
CV-01-02252-MJJ

ORDER

On Remand From The United States Supreme Court

Filed September 23, 2011

18039

Before: Alex Kozinski, Chief Judge, Stephen Reinhardt,
Pamela Ann Rymer, Michael Daly Hawkins,
Barry G. Silverman, Susan P. Graber, Raymond C. Fisher,
Richard A. Paez, Marsha S. Berzon, Carlos T. Bea and
Sandra S. Ikuta, Circuit Judges.

## ORDER

We remand to the district court to comply with the United States Supreme Court's decision in *Wal-Mart Stores, Inc.* v. *Dukes*, 131 S. Ct. 2541 (2011).